B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **i2a Technologies, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all) <br> **61-1487702** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **3399 West Warren Ave** <br> **Fremont, CA** <br> ZIP Code **94538** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | i2a Technologies, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A | Exhibit B

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | i2a Technologies, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Eric A. Nyberg**
Signature of Attorney for Debtor(s)

**Eric A. Nyberg 131105**
Printed Name of Attorney for Debtor(s)

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
Firm Name

**1970 Broadway, Ste 225**
**Oakland, CA 94612**

Address

**510-763-1000  Fax: 510-273-8669**
Telephone Number

**October 20, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Victor Batinovich**
Signature of Authorized Individual

**Victor Batinovich**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**October 20, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **i2a Technologies, Inc.**   Case No.
           Debtor(s)               Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Angel Rodriguez**<br>**106 Citrus Avenue**<br>**Los Banos, CA 93635** | **Angel Rodriguez**<br>**106 Citrus Avenue**<br>**Los Banos, CA 93635** | **Wages** | | **3,891.00** |
| **Armando Santos**<br>**623 N Park Victoria Drive**<br>**Milpitas, CA 95035** | **Armando Santos**<br>**623 N Park Victoria Drive**<br>**Milpitas, CA 95035** | **Wages** | | **5,385.00** |
| **D. Brad Jones**<br>**440 North First Street, Suite 100**<br>**San Jose, CA 95112** | **D. Brad Jones**<br>**440 North First Street, Suite 100**<br>**San Jose, CA 95112** | **Attorney's fees** | | **65,000.00** |
| **Dolce Farr**<br>**3399 West Warren B**<br>**Fremont, CA 94538** | **Dolce Farr**<br>**3399 West Warren B**<br>**Fremont, CA 94538** | **Landlord** | | **438,000.00** |
| **Frank Scanlon**<br>**4236 Zaring Mill Road**<br>**Shelbyville, KY 40065** | **Frank Scanlon**<br>**4236 Zaring Mill Road**<br>**Shelbyville, KY 40065** | **Wages** | | **4,153.00** |
| **Frank Torres**<br>**1308 San Pedro Avenue**<br>**Ceres, CA 95307** | **Frank Torres**<br>**1308 San Pedro Avenue**<br>**Ceres, CA 95307** | **Wages** | | **5,582.00** |
| **Fredrik Solomon**<br>**5817 Begonia Drive**<br>**San Jose, CA 95124** | **Fredrik Solomon**<br>**5817 Begonia Drive**<br>**San Jose, CA 95124** | **Wages** | | **14,768.00** |
| **Genesem Inc.**<br>**5-30 Juan-Dong, Nam-Ku**<br>**Incheon 402-835**<br>**Korea** | **Genesem Inc.**<br>**5-30 Juan-Dong, Nam-Ku**<br>**Incheon 402-835** | **Supplier** | | **45,230.00** |
| **Gurmeet Sangha**<br>**3578 Carick Place Way**<br>**San Jose, CA 95121** | **Gurmeet Sangha**<br>**3578 Carick Place Way**<br>**San Jose, CA 95121** | **Wages** | | **4,414.00** |
| **James Ho**<br>**3114 Silbury Court**<br>**San Jose, CA 95148** | **James Ho**<br>**3114 Silbury Court**<br>**San Jose, CA 95148** | **Wages** | | **5,128.00** |
| **Joe Trinh**<br>**3479 Tokay Way**<br>**San Jose, CA 95148** | **Joe Trinh**<br>**3479 Tokay Way**<br>**San Jose, CA 95148** | **Wages** | | **5,304.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **i2a Technologies, Inc.**  Case No. _____
           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Laila Packer** 259 N. Capitol Avenue, #19-194 San Jose, CA 95127 | **Laila Packer** 259 N. Capitol Avenue, #19-194 San Jose, CA 95127 | **Wages** | | 4,313.00 |
| **MK Electronics** 316-2 Kumeu-ri, Pogok-myun, Yongin-city Kyunggi-do, 449-818, Korea | **MK Electronics** 316-2 Kumeu-ri, Pogok-myun, Yongin-city Kyunggi-do, 449-818, | **Supplier** | | 64,683.00 |
| **Neu Dynamics/W.T. MacMinn** 131 West State Street Doylestown, PA 18901 | **Neu Dynamics/W.T. MacMinn** 131 West State Street Doylestown, PA 18901 | **Supplier** | | 40,000.00 |
| **Pacific Gas & Electric** PO Box 997300 Sacramento, CA 95899-7300 | **Pacific Gas & Electric** PO Box 997300 Sacramento, CA 95899-7300 | **Utilities** | | 22,000.00 |
| **Paulinus Nlemigbo** 595 Bluefield Lane Hayward, CA 94541 | **Paulinus Nlemigbo** 595 Bluefield Lane Hayward, CA 94541 | **Wages** | | 12,320.00 |
| **Sandra Conley** 3 Vista Dr Danvers, MA 01923 | **Sandra Conley** 3 Vista Dr Danvers, MA 01923 | **Commissions** | | 105,267.00 |
| **Steven Cheung** 1518 Saratoga Drive Milpitas, CA 95035 | **Steven Cheung** 1518 Saratoga Drive Milpitas, CA 95035 | **Wages** | | 6,449.00 |
| **Tri Bui** 723 Folsom Circle Milpitas, CA 95035 | **Tri Bui** 723 Folsom Circle Milpitas, CA 95035 | **Wages** | | 8,772.00 |
| **Vincent Mo** 48007 Purple Leaf Street Fremont, CA 94539 | **Vincent Mo** 48007 Purple Leaf Street Fremont, CA 94539 | **Wages** | | 4,249.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 20, 2014**       Signature  **/s/ Victor Batinovich**
                                            **Victor Batinovich**
                                            **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

AeroFund Financial, Inc.
6910 Santa Teresa Blvd
San Jose, CA 95119


Angel Ganotisi
2202 Calla Street
San Jose, CA 95133


Angel Rodriguez
106 Citrus Avenue
Los Banos, CA 93635


Armando Santos
623 N Park Victoria Drive
Milpitas, CA 95035


Constante Yanos
196 Lone Tree Court
Milpitas, CA 95035


D. Brad Jones
440 North First Street, Suite 100
San Jose, CA 95112


Daniel Salgado
411 Park Avenue #330
San Jose, CA 95110


De Lage Landen Services, Inc.
Kevin Whiteford
Serlin & Whiteford
700 E Street
Sacramento, CA 95814

Dolce Farr
3399 West Warren B
Fremont, CA 94538


Donald Anderson
Attn Susan A Dovi
Division of Labor Standards, St of CA
1515 Clay St, Ste 801
Oakland, CA 94612


Employment Development Dept
Lien Group MIC 92G
PO Box 826880
Sacramento, CA 94280-0001


Frank Scanlon
4236 Zaring Mill Road
Shelbyville, KY 40065


Frank Torres
1308 San Pedro Avenue
Ceres, CA 95307


Fredrik Solomon
5817 Begonia Drive
San Jose, CA 95124


Genesem Inc.
5-30 Juan-Dong, Nam-Ku
Incheon 402-835
Korea


Geovanna Sato
3120 Coldwater Drive
San Jose, CA 95148

Gurmeet Sangha
3578 Carick Place Way
San Jose, CA 95121


Helen Regadio
2500 Medallo Drive #55
Union City, CA 94587


Heritage Bank
c/o Hopkins & Carley
Attn Stephen Kottmeier
PO Box 1469
San Jose, CA 95109


Heritage Bank of Commerce
150 Almaden Blvd, #100
San Jose, CA 95113


Herminia Hernandez
43555 Grimmer Blvd., #02132
Fremont, CA 94538


James Ho
3114 Silbury Court
San Jose, CA 95148


Joe Trinh
3479 Tokay Way
San Jose, CA 95148


Laila Packer
259 N. Capitol Avenue, #19-194
San Jose, CA 95127

Lydia Canio
2477 Regal Drive
Union City, CA 94587


Maria Maciel
274 Pennyhill Drive
San Jose, CA 95127


Miyachi Unitek
c/o Robert Pollak
Glassberg, Pollak & Associates
425 California St, Ste 850
San Francisco, CA 94104


MK Electronics
316-2 Kumeu-ri, Pogok-myun, Yongin-city
Kyunggi-do, 449-818,
Korea


Neu Dynamics/W.T. MacMinn
131 West State Street
Doylestown, PA 18901


Olivia Gary
730 W. 8th Street
Gilroy, CA 95020


Pacific Gas & Electric
PO Box 997300
Sacramento, CA 95899-7300


Paulinus Nlemigbo
595 Bluefield Lane
Hayward, CA 94541

Ramirez Nestor
980 Clyde Avenue #2
Santa Clara, CA 95054


Sandra Conley
3 Vista Dr
Danvers, MA 01923


Semiconductor Components Industries, LLC
c/o Jeffrey S. Goodfried
Perkins Coie, LLP
1888 Century Park East, Ste 1700
Los Angeles, CA 90067


Steven Cheung
1518 Saratoga Drive
Milpitas, CA 95035


Tri Bui
723 Folsom Circle
Milpitas, CA 95035


Victor Batinovich
3085 Paseo Vista
Fremont, CA 94538


Vincent Mo
48007 Purple Leaf Street
Fremont, CA 94539


Wells Business BKG Support Group
MAC D4004-03A Dept 34431
PO Box 39000
San Francisco, CA 94139

```
Wells Fargo Bank
PO Box 8203
Boise, ID 83707-2203
```

In re   **i2a Technologies, Inc.**           Case No.
                                           Debtor(s)        Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Victor Batinovich**, declare under penalty of perjury that I am the **CEO** of **i2a Technologies, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 16th day of October, 2014.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Victor Batinovich**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Victor Batinovich**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Victor Batinovich**, **CEO** of this Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes & Kuhner, P.C.** to represent the corporation in such bankruptcy case."

Date   **October 16, 2014**                              Signed   **/s/ Victor Batinovich**
                                                                                     **Victor Batinovich**

Resolution of Board of Directors
of
**i2a Technologies, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Victor Batinovich**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Victor Batinovich**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Victor Batinovich**, **CEO** of this Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes & Kuhner, P.C.** to represent the corporation in such bankruptcy case.

Date **October 16, 2014**    Signed
                                              **/s/ Victor Batinovich**

Date **October 16, 2014**    Signed