ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Proposed Attorneys for i2a Technologies, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>i2a Technologies, Inc.,<br><br><br><br><br><br>Debtor. | Case No. 14-44239 CN<br><br>Chapter 11<br><br>**DECLARATION OF ERIC A. NYBERG IN SUPPORT OF APPLICATION FOR APPOINTMENT OF COUNSEL FOR CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION** |

I, Eric A. Nyberg, declare under penalty of perjury as follows:

1. I am an attorney at law, duly admitted to practice in the State of California and in this Court.

2. I practice law under the firm name of Kornfield, Nyberg, Bendes & Kuhner, P.C. The firm maintains offices for the practice of law at 1970 Broadway, Suite 225, Oakland, California. I am duly admitted to practice in this State and before this Court, as are all the other members of the firm.

3. Neither the firm nor any of its members have any connection with i2a Technologies, Inc., the above-named debtor, its creditors, the U. S. Trustee or any other party in interest herein, or their respective attorneys or accountants, and represents no interest adverse to the estate in the matters upon which it is to be retained, except that the firm represents said Debtor

in this case.

4. To the best of the applicant's knowledge, this application sets forth all of the applicant's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 20th day of October, 2014 at Oakland, California.

/s/ Eric A. Nyberg