Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151759)
jross@hopkinscarley.com
Brent D. Meyer (State Bar No. 266152)
bmeyer@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Secured Creditor
HERITAGE BANK OF COMMERCE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>I2A TECHNOLOGIES, INC.,<br><br>  Debtor. | CASE NO. 14-44239<br><br>CHAPTER 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

Pursuant to Bankruptcy Rule 2002(g), and all orders limiting the scope of notice (hereinafter, "Notice Limitation Orders") issued by the Court in the above-referenced case and any jointly-administered cases, Secured Creditor Heritage Bank of Commerce ("Creditor") hereby requests that all matters which must be noticed to creditors, any creditors' committees, any equity security holders' committees, and/or any other parties-in-interest, whether sent by the Court, the debtor, any trustee or any other party in the case, including, but not limited to, motions and notices of motion, applications, plans of reorganization or disclosure statements, the debtor's schedules, operating reports, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of

monthly operating reports, copies of statements of deposits, returns of sale of real or personal property, motions for relief from stay and/or matters that are covered by any Notice Limitation Orders, be sent as follows, and that the following addresses be added to the Court's Master Mailing List:

> Jay M. Ross
> HOPKINS & CARLEY
> 70 South First Street
> San Jose, California 95113-2406
> Telephone: (408) 286-9800
> Facsimile: (408) 998-4790
> jross@hopkinscarley.com

THIS ENTRY OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE is without prejudice to Creditor's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Creditor's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor hereby expressly reserves.

Dated: October 21, 2014

HOPKINS & CARLEY
A Law Corporation

By: /s/ Jay M. Ross
    Stephen J. Kottmeier
    Jay M. Ross
    Brent D. Meyer
Attorneys for Secured Creditor Heritage Bank of Commerce

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

114\1165214.1

REQUEST FOR SPECIAL NOTICE

- 2 -

CASE NO. 14-44239

Case: 14-44239    Doc# 7    Filed: 10/21/14    Entered: 10/21/14 13:40:15    Page 2 of 2