B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **i2a Technologies, Inc.** Debtor(s)   Case No. **14-44239**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Armando Santos<br>623 N Park Victoria Drive<br>Milpitas, CA 95035 | Armando Santos<br>623 N Park Victoria Drive<br>Milpitas, CA 95035 | Wages | | 5,385.00 |
| D. Brad Jones<br>440 North First Street, Suite 100<br>San Jose, CA 95112 | D. Brad Jones<br>440 North First Street, Suite 100<br>San Jose, CA 95112 | Attorney's fees | | 65,000.00 |
| Dolce Farr Niente, LLC<br>3399 West Warren B<br>Fremont, CA 94538 | Dolce Farr Niente, LLC<br>3399 West Warren B<br>Fremont, CA 94538 | Landlord | | 438,000.00 |
| Elle Technology Corporation<br>1486 N. Hillview Dr, #220<br>Milpitas, CA 95035-3328 | Elle Technology Corporation<br>1486 N. Hillview Dr, #220<br>Milpitas, CA 95035-3328 | Commissions and supplies | | 12,000.00 |
| Frank Scanlon<br>4236 Zaring Mill Road<br>Shelbyville, KY 40065 | Frank Scanlon<br>4236 Zaring Mill Road<br>Shelbyville, KY 40065 | Wages | | 4,153.00 |
| Frank Torres<br>1308 San Pedro Avenue<br>Ceres, CA 95307 | Frank Torres<br>1308 San Pedro Avenue<br>Ceres, CA 95307 | Wages | | 5,582.00 |
| Fredrik Solomon<br>5817 Begonia Drive<br>San Jose, CA 95124 | Fredrik Solomon<br>5817 Begonia Drive<br>San Jose, CA 95124 | Wages | | 14,768.00 |
| Genesem Inc.<br>5-30 Juan-Dong, Nam-Ku<br>Incheon 402-835<br>Korea | Genesem Inc.<br>5-30 Juan-Dong, Nam-Ku<br>Incheon 402-835 | Supplier | | 45,230.00 |
| Gurmeet Sangha<br>3578 Carick Place Way<br>San Jose, CA 95121 | Gurmeet Sangha<br>3578 Carick Place Way<br>San Jose, CA 95121 | Wages | | 4,414.00 |
| James Ho<br>3114 Silbury Court<br>San Jose, CA 95148 | James Ho<br>3114 Silbury Court<br>San Jose, CA 95148 | Wages | | 5,128.00 |
| Joe Trinh<br>3479 Tokay Way<br>San Jose, CA 95148 | Joe Trinh<br>3479 Tokay Way<br>San Jose, CA 95148 | Wages | | 5,304.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **i2a Technologies, Inc.**      Case No. **14-44239**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Laila Packer<br>259 N. Capitol Avenue, #19-194<br>San Jose, CA 95127 | Laila Packer<br>259 N. Capitol Avenue, #19-194<br>San Jose, CA 95127 | Wages | | 4,313.00 |
| MK Electronics<br>316-2 Kumeu-ri, Pogok-myun, Yongin-city<br>Kyunggi-do, 449-818, Korea | MK Electronics<br>316-2 Kumeu-ri, Pogok-myun, Yongin-city<br>Kyunggi-do, 449-818, | Supplier | Disputed | 64,683.00 |
| Neu Dynamics/W.T. MacMinn<br>131 West State Street<br>Doylestown, PA 18901 | Neu Dynamics/W.T. MacMinn<br>131 West State Street<br>Doylestown, PA 18901 | Supplier | Disputed | 40,000.00 |
| Pacific Gas & Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | Pacific Gas & Electric<br>PO Box 997300<br>Sacramento, CA 95899-7300 | Utilities | | 22,000.00 |
| Paulinus Nlemigbo<br>595 Bluefield Lane<br>Hayward, CA 94541 | Paulinus Nlemigbo<br>595 Bluefield Lane<br>Hayward, CA 94541 | Wages | | 12,320.00 |
| Sandra Conley<br>3 Vista Dr<br>Danvers, MA 01923 | Sandra Conley<br>3 Vista Dr<br>Danvers, MA 01923 | Commissions | | 105,267.00 |
| Steven Cheung<br>1518 Saratoga Drive<br>Milpitas, CA 95035 | Steven Cheung<br>1518 Saratoga Drive<br>Milpitas, CA 95035 | Wages | | 6,449.00 |
| Tri Bui<br>723 Folsom Circle<br>Milpitas, CA 95035 | Tri Bui<br>723 Folsom Circle<br>Milpitas, CA 95035 | Wages | | 8,772.00 |
| Vincent Mo<br>48007 Purple Leaf Street<br>Fremont, CA 94539 | Vincent Mo<br>48007 Purple Leaf Street<br>Fremont, CA 94539 | Wages | | 4,249.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 5, 2014**     Signature **/s/ Victor Batinovich**
                                                                                  **Victor Batinovich**
                                                                                  **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy