In re: i2a Technologies, Inc.  Case No. 14-44239

## AMENDED SCHEDULE OF CREDITORS

This form may be used for all creditors either previously unlisted or where the prior listing is being changed. State the name, mailing address, including zipcode, and account number, if any, of all such listings, regardless of whether the creditor would have been (or was) originally listed in Schedule D, E, or F. Refer to the instructions for the appropriate Schedule to determine the information which must be provided.

In the column labeled "Schedule", indicate the schedule (D, E or F) on which the creditor is being listed. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" and add the codebtor as a creditor, if appropriate. If a joint petition is filed, state whether husband, wife (or debtor 1 or debtor 2), both of them ("jt"), or the martial community ("cp") may be liable on each claim by indicating in the appropriate column. If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place and "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to tplace an "X" in more that one of these three columns.)

____ Number of continuation pages attached.

| Type of Change A = Add C = Correct | SCHEDULE D E F | Creditor's Name and Mailing Address Including Zipcode & Account Number, if known | CODEBTOR | H W 1 2 JT CP | Date Claim Was Incurred; Nature, description & value of security, if any; Type of priority, if any; or Duplicate/Re: | CONTINGENT | UNLIQUIDATED | DISPUTED | Specify Total Amount of Claim or Notice Only | If Applicable, Portion of Claim; D - Unsecured; or E - Priority |
|---|---|---|---|---|---|---|---|---|---|---|
| A | F | Elle Technology Corporation<br>1486 N. Hillview Dr, #220<br>Milpitas, CA 95035-3328<br><br>Acct# | | | 2014 Commissions and supplies | | | | $12,000 | |
| A | E | Alameda County Tax Collector<br>Donald R. White<br>1221 Oak Street<br>Oakland, CA 946112<br>Acct# 00-316508-00-000-14-00-0 | | | 2014/15 Unsecured Property Taxes | | | | $3,019.53 | |
| C | F | Victor Batinovich<br>3085 Paseo Vista Ave<br>San Martin, CA 94056<br><br>Acct# | | | Loans from shareholder | | | | $397,000 | |
| C | D | Aero Fund Financial, Inc.<br>6910 Santa Teresa Blvd<br>San Jose, CA 95119<br><br>Acct# | | | Please Remove Nothing owed | | | | $0 | |
| C | D | Donald Anderson<br>Attn: Susan Dovi<br>1515 Clay St, Ste 801<br>Oakland, CA 94612<br><br>Acct# | | | Please Remove Nothing owed | | | | $0 | |
| C | D | Semiconductor Components<br>c/o Jeffrey S. Goodfried<br>1888 Century Park East, Ste 1700<br>Los Angeles, CA 90067<br><br>Acct# | | | Please Remove Nothing owed | | | | $0 | |