ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtor i2a Technologies, Inc.,

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>i2a Technologies, Inc.,<br><br>Debtor. | Case No. 14-44239 CN<br><br>Chapter 11<br><br>**DECLARATION OF ANDREW BATINOVICH REGARDING RETAINER PAID TO KORNFIELD, NYBERG, BENDES & KUHNER, P.C.** |

I, Andrew Batinovich, declare under penalty of perjury as follows:

1. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

2. I am an adult son of Victor Batinovich, the CEO of i2a Technologies, Inc.

3. I used personal funds to purchase a cashiers check in the amount of $25,000 to pay a $25,000 retainer to the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C. for the bankruptcy of i2a Technologies, Inc.

4. The payment of the retainer was not a loan to i2a Technologies, Inc. and I do not expect any repayment nor do I have any arrangement with i2a Technologies, Inc. requiring them to repay me for any portion of the retainer.

///

5. I am not a creditor of i2a Technologies, Inc.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 17th day of November, 2014 at Fremont, California.

/s/ Andrew Batinovich

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Dec. of Andrew Batinovich Re Retainer Paid to KNB&K -2-
Case: 14-44239   Doc# 38   Filed: 11/20/14   Entered: 11/20/14 12:05:43   Page 2 of 2