# Exhibit C

**i2a Technologies, Inc., Budget for the Period December 1 to December 30 2014**

|  |  | Week begin 12/1/2014 | Week begin 12/8/2014 | Week begin 12/15/2014 | Week begin 12/22/2014 |
|---|---|---|---|---|---|
| **Opening Cash** |  | $8,500.00 | -$3,564.00 | $4,761.00 | -$8,040.00 |
| **Estimated Receipts** |  | $28,797.00 | $27,615.00 | $29,189.00 | $26,159.00 |
| Variance |  |  |  |  |  |
| **Ending Cash** |  | **$37,297.00** | **$24,051.00** | **$33,950.00** | **$18,119.00** |
| **Estimated Expense** |  |  |  |  |  |
| Vendor/ Expense | Elle Technology |  |  |  | 500.00 |
|  | Markem |  | $700.00 |  |  |
|  | FedEx | $1,000.00 |  | $1,000.00 | $500.00 |
|  | Sumitomo |  |  |  |  |
|  | Heesung Metal |  | $3,000.00 |  |  |
|  | Vantech Precision |  |  | $1,500.00 | 1,500.00 |
|  | Praxair | $500.00 |  | $400.00 | 600.00 |
|  | GE Water | $600.00 |  | $500.00 | 500.00 |
|  | Henkel Corp | $731.00 |  |  |  |
|  | Ens Technology | $350.00 | $450.00 | $350.00 | $350.00 |
|  | Small Precision Tool |  |  | $1,010.00 |  |
|  | Economic Packaging |  | $500.00 |  | 500.00 |
|  | Reliance Electric |  | $600.00 |  |  |
|  | Amx |  | $1,000.00 |  |  |
|  | Shell Gas Card | $500.00 |  | $300.00 |  |
|  | AT/T |  |  | $600.00 |  |
|  | Auto Insurance |  |  |  | 240.00 |
|  | Kion Technology | $700.00 |  | 700.00 |  |
|  | PG/E | $5,000.00 | 5,000.00 | $5,000.00 | 5,000.00 |
|  | Misc | $1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
|  | Payroll+ Taxes | $27,000.00 |  | $26,000.00 |  |
|  | Frank scanlon | $830.00 |  | $830.00 |  |
|  | CA Sales/Use Tax |  |  |  |  |
|  | Alameda County. Tax |  |  |  |  |

| | | | | |
|---|---:|---:|---:|---:|
| Sandra Connolly | $1,500.00 | | $1,500.00 | 500.00 |
| QBBS | 400 | $400.00 | $300.00 | 400.00 |
| Container Storage | | $610.00 | | 610.00 |
| Dental Insurance | | | | 700.00 |
| Indirect Materials*** | $500.00 | $780.00 | $1,000.00 | |
| Property Insurance | | $1,500.00 | | |
| Ecological Corp Outformations | 250 | 250 | | |
| bank | | $3,500.00 | | 1,500 |
| | | | | |
| ESTIMATED EXPENSE | $40,861.00 | $19,290.00 | $41,990.00 | $14,400.00 |
| DIFFERENCE | -$3,564.00 | $4,761.00 | -$8,040.00 | $3,719.00 |