

Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151759)
jross@hopkinscarley.com
Brent D. Meyer (State Bar No. 266150)
bmeyer@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California  95113-2406

The following constitutes
the order of the court. Signed January 16, 2015

_____
Charles Novack
U.S. Bankruptcy Judge

*mailing address:*
P.O. Box 1469
San Jose, CA  95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Secured Creditor
HERITAGE BANK OF COMMERCE

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>I2A TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 14-44239-CN<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE JOINT STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:         January 15, 2015<br>Time:        10:30 a.m.<br>Judge:       Hon. Charles Novak<br>Courtroom:  215 |

On January 15, 2015, the Court held a hearing on the Motion To Approve Joint Stipulation For Relief From The Automatic Stay (the "Motion") filed by secured creditor Heritage Bank of Commerce ("HBC") in the above-captioned case. Stephen J. Kottmeier of Hopkins & Carley, APC appeared on behalf of HBC. Eric A. Nyberg of Kornfield, Nyberg, Bendes, & Kuhner, P.C. appeared on behalf of debtor i2a Technologies, Inc. ("Debtor"). All other appearances were as noted on the record.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

823\1176444.1     -1-
ORDER GRANTING MOTION TO APPROVE JOINT STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

Case: 14-44239    Doc# 61    Filed: 01/16/15    Entered: 01/16/15 15:23:57    Page 1 of 3

Upon due consideration, and for the reasons stated on the record at the hearing, the Court hereby orders as follows:

(1) The Motion is granted.

(2) The Stipulation Granting Secured Creditor Heritage Bank Of Commerce Relief From The Automatic Stay (Dkt. No. 40) (the "Stipulation") entered into by and between Debtor and HBC is approved. The terms of the Stipulation are incorporated into this Order.

(3) The Court shall retain jurisdiction with respect to all matters arising from or related to the Stipulation, including but not limited to, interpretation and enforcement of the Stipulation.

**\*\*\* END OF ORDER \*\*\***

**APPROVED AS TO FORM:**

KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

Dated: _January 15, 2015      By:   */s/ Eric A. Nyberg*
                                    Eric A. Nyberg
                                    Attorneys for Debtor and Debtor-In-Possession i2a Technologies, Inc.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

823\1176444.1 -2-
ORDER GRANTING MOTION TO APPROVE JOINT STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY
Case: 14-44239   Doc# 61   Filed: 01/16/15   Entered: 01/16/15 15:23:57   Page 2 of 3

Service List

No service list required.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

823\1176444.1

-3-
ORDER GRANTING MOTION TO APPROVE JOINT STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

Case: 14-44239  Doc# 61  Filed: 01/16/15  Entered: 01/16/15 15:23:57  Page 3 of 3