ERIC A. NYBERG, ESQ.
(Bar No. 131105)
CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtor i2a Technologies, Inc.


Entered on Docket
January 16, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed January 16, 2015

Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

i2a Technologies, Inc.,

Debtor.

Case No. 14-44239 CN

Chapter 11

**ORDER APPROVING SECOND INTERIM STIPULATION FOR USE OF CASH COLLATERAL AND FOR ADEQUATE PROTECTION SECURED BY LIENS ON PROPERTY OF THE ESTATE**

Date: January 15, 2015
Time: 10:30 a.m.
Ctrm: 215
U.S. Bankruptcy Court
1300 Clay Street
Oakland, California

    The Motion for Approval of Second Interim Cash Collateral Stipulation Between i2a Technologies, Inc. and Heritage Bank of Commerce came on before the undersigned on January 15, 2015 at 10:30 a.m. Eric A. Nyberg of Kornfield, Nyberg, Bendes & Kuhner, P.C. appeared on behalf of i2a Technologies, Inc., the debtor and debtor-in-possession, Stephen J. Kottmeier of Hopkins & Carley appeared on behalf of Heritage Bank of Commerce and Steven B. Mains of Mains + Bloom, PC appeared on behalf of Wells Fargo Bank. The Court having read and

considered the Second Interim Cash Collateral Stipulation Between i2a Technologies, Inc. and Heritage Bank of Commerce, the motion for approval and supporting declaration, comments of counsel at the hearing and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Second Interim Cash Collateral Stipulation Between i2a Technologies, Inc. and Heritage Bank of Commerce is approved and the Debtor is authorized to use the cash collateral of Heritage Bank of Commerce and to the extent applicable, Wells Fargo Bank, pursuant to the terms and conditions set forth in the Second Interim Cash Collateral Stipulation Between i2a Technologies, Inc. and Heritage Bank of Commerce [Docket No. 41] and Heritage Bank of Commerce shall be granted a replacement lien per the terms of the Stipulation with Wells Fargo Bank being granted a replacement lien that is subordinate to Heritage Bank of Commerce on the same terms and conditions as Heritage Bank of Commerce.

Approved as to form.

Dated: January 15, 2015         HOPKINS & CARLEY

By: /s/ Stephen J. Kottmeier
    (Bar No. 77060)
    Attorneys for Secured Creditor Heritage Bank of Commerce

Dated: January 15, 2015         MAINS + BLOOM, PC

By: /s/ Steven B. Mains
    (Bar No. 77270)
    Attorneys for Secured Creditor Wells Fargo Bank

***END OF ORDER***

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

COURT SERVICE LIST

No service list required.