**Entered on Docket**
**January 27, 2015**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




**The following constitutes the order of the court. Signed January 27, 2015**

**Charles Novack**
**U.S. Bankruptcy Judge**

Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151759)
jross@hopkinscarley.com
Brent D. Meyer (State Bar No. 266152)
bmeyer@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California 95113-2406

***mailing address:***
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Secured Creditor
HERITAGE BANK OF COMMERCE

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>I2A TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 14-44239-CN<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY SECURED CREDITOR HERITAGE BANK OF COMMERCE**<br><br>Date: January 23, 2015<br>Time: 10:00 a.m.<br>Judge: Hon. Charles Novak<br>Courtroom: 215 |

On January 23, 2015, the Court held a hearing on the Motion for Relief from the Automatic Stay [Dkt. No. 54] (the "Motion") filed by secured creditor Heritage Bank of Commerce ("HBC") with respect to HBC's interest in certain personal property collateral of debtor i2a Technologies, Inc. ("Debtor") as specifically set forth in the Loan Documents,[1] attached as **Exhibit A** to the Stipulation for Use of Cash Collateral [Dkt. No. 19] (the "Personal

[1] Capitalized Terms shall have the meaning specified in the Motion.



Case: 14-44239 Doc# 63 Filed: 01/27/15 Entered: 01/27/15 14:47:40 Page 1 of 3

Property Collateral"). Brent D. Meyer of Hopkins & Carley, APC appeared on behalf of HBC. Eric A. Nyberg of Kornfield, Nyberg, Bendes, & Kuhner, P.C. appeared on behalf of Debtor. Joseph A. Lepera of Lepera + Associates, P.C. appeared on behalf of creditor Dolce Farr Niente, LLC.

Upon due consideration, and for the reasons stated on the record at the hearing, the Court hereby orders as follows:

1. The Motion is granted.

2. The automatic stay imposed by 11 U.S.C. § 362(a) shall be vacated, annulled, and terminated to allow HBC to exercise all of its rights and remedies under the Loan Documents and applicable non-bankruptcy law with respect to the Personal Property Collateral, including but not limited to, conducting an auction sale of the Personal Property Collateral on Debtor's business premises pursuant to California Commercial Code section 9609(a)(2).

3. The 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not be waived.

4. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

***** END OF ORDER *****

**APPROVED AS TO FORM:**

KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

Dated: January 23, 2015

By: */s/ ERIC A. NYBERG*
Eric A. Nyberg
Attorneys for Debtor and Debtor-In-Possession i2a Technologies, Inc.

LEPERA + ASSOCIATES, P.C.

Dated: January 26, 2015

By: */s/ JOSEPH A. LEPERA*
Joseph A. Lepera
Attorneys for Creditor Dolce Farr Niente, LLC

Service List

None.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

823\1188692.1

-3-

ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY SECURED CREDITOR HERITAGE BANK OF COMMERCE

Case: 14-44239 Doc# 63 Filed: 01/27/15 Entered: 01/27/15 14:47:40 Page 3 of 3