ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtor i2a Technologies, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>i2a Technologies, Inc.,<br><br><br>Debtor. | Case No. 14-44239 CN<br><br>Chapter 11<br><br>**STATEMENT OF NON-OPPOSITION TO U.S. TRUSTEE'S MOTION TO DISMISS CASE UNDER 11 U.S.C.§ 1112(b)**<br><br>Date: April 30, 2015<br>Time: 10:30 a.m.<br>Ctrm: 215<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

i2a Technologies, Inc., the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), submits the following statement of non-opposition with regard to the U.S. Trustee's Motion to Dismiss Case Under 11 U.S.C. § 1112(b) which is currently set for hearing on April 30, 2015 at 10:30 a.m.

Given the current posture of the Debtor's Chapter 11 case, including the fact that secured creditors and the landlord of the business premises have obtained relief from the automatic stay, the Debtor does not oppose the dismissal of its Chapter 11 bankruptcy case.

Further, the Debtor surmises that the motion of the U.S. Trustee to dismiss the case will be moot by the time of the hearing on the U.S. Trustee's motion. The Court, at the continued status

Statement of Non-Opposition to U.S. Trustee's Motion to Dismiss Case -1-

conference in the Debtor's Chapter 11 case indicated it would, and then subsequently did, issue an Order to Show Cause Why the Chapter 11 Case Should Not Be Dismissed ("Order to Show Cause"). The Court's Order to Show Cause is currently set for hearing on April 23, 2015 at 10:30 a.m. Thus, the Debtor anticipates that its Chapter 11 case will be dismissed by the time of the hearing on the U.S. Trustee's motion.

Dated: April 7, 2015                    KORNFIELD, NYBERG, BENDES & KUHNER, P.C.


By: /s/ Eric A. Nyberg
    (Bar No. 131105)
    Attorneys for Debtor i2a Technologies, Inc.

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 225, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 7, 2015, I served the following documents:

**STATEMENT OF NON-OPPOSITION TO U.S. TRUSTEE'S MOTION TO DISMISS CASE UNDER 11 U.S.C.§ 1112(b)**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

| | |
|---|---|
| Barbara A. Matthews<br>Tracy Hope Davis<br>U.S. Trustee<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5202 | Stephen J. Kottmeier<br>Brent Meyer/Jay Ross<br>Hopkins & Carley<br>P.O. Box 1469<br>San Jose, CA 95113-2406 |
| Marc Andrews<br>John H. Wunsch<br>Office of the General Counsel<br>Wells Fargo & Company<br>21680 Gateway Center Drive, Ste. 280<br>Diamond Bar, CA 91765 | Steven B. Mains<br>Mains + Bloom, PC<br>267 Locust Ave., Suite A<br>San Rafael, CA 94901-2240 |

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April, 2015 at Oakland, California.

/s/ Gail A. Michael

Statement of Non-Opposition to U.S. Trustee's Motion to Dismiss Case  -3-