ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtor i2a Technologies, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>i2a Technologies, Inc.,<br><br>Debtor. | Case No. 14-44239 CN<br><br>Chapter 11<br><br>**RESPONSE OF DEBTOR TO ORDER TO SHOW CAUSE WHY THE CHAPTER 11 CASE SHOULD NOT BE DISMISSED**<br><br>Date: April 23, 2015<br>Time: 10:30 a.m.<br>Ctrm: 215<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

    i2a Technologies, Inc., the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor") responds to the Court's Order to Show Cause Why the Chapter 11 Case Should Not Be Dismissed as follows:

    The Debtor, given the current posture of its Chapter 11 case, including the fact that secured creditors and the landlord of the business premises have obtained relief from the automatic stay, does not oppose its Chapter 11 bankruptcy case being dismissed. The Debtor does not believe that any purpose would be served in converting its case to a Chapter 7 and asserts that no creditors will be prejudiced by a dismissal of the Debtor's Chapter 11 case.

///

Dated: April 7, 2015                    KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

By: /s/ Eric A. Nyberg
   (Bar No. 131105)
   Attorneys for Debtor i2a Technologies, Inc.

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 225, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 7, 2015, I served the following documents:

**RESPONSE OF DEBTOR TO ORDER TO SHOW CAUSE WHY THE CHAPTER 11 CASE SHOULD NOT BE DISMISSED**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

| | |
|---|---|
| U.S. Trustee<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5202 | Stephen J. Kottmeier<br>Brent Meyer/Jay Ross<br>Hopkins & Carley<br>P.O. Box 1469<br>San Jose, CA 95113-2406 |
| Marc Andrews<br>John H. Wunsch<br>Office of the General Counsel<br>Wells Fargo & Company<br>21680 Gateway Center Drive, Ste. 280<br>Diamond Bar, CA 91765 | Steven B. Mains<br>Mains + Bloom, PC<br>267 Locust Ave., Suite A<br>San Rafael, CA 94901-2240 |

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April, 2015 at Oakland, California.

/s/ Gail A. Michael